UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SPENCER HARRINGTON,

Petitioner,

v.

TODD LYONS, et al.,

Respondent.

No.  1:26-cv-00455 DC CSK

ORDER

Petitioner is an immigration detainee, proceeding through counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On February 13, 2026, petitioner filed a motion to voluntarily dismiss the petition on the grounds that petitioner was granted bond by an immigration judge on February 3, 2026, released from detention on February 5, 2026 and returned to northern California.  (ECF No. 10 at 2.)  In the motion to dismiss, petitioner states that he will re-file his petition in the United States District Court for the Northern District of California, as that is now the proper venue for this controversy.  (Id.)

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, petitioner's request to voluntarily dismiss this action shall be honored.[1]

///

_____

[1]  Respondent has not been ordered to file a response to the petition.

1

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. Fed. R. Civ. P. 41(a); see also Rule 12, Rules Governing Habeas Corpus Cases Under Section 2254.

Dated:  February 24, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Harr455.ord.imm/2